UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

Sachin Sachin
(A-Number: A-246-617-956),

                    Petitioner,

          v.

TODD BLANCHE, in his official capacity
as Acting Attorney General;
MARKWAYNE MULLIN, in his official
capacity as the Secretary of the Department
of Homeland Security; TODD LYONS, in
his official capacity as Director of U.S.
Immigration and Customs Enforcement;
ORESTES CRUZ, in his official capacity as
the San Francisco Field Office Acting
Director, U.S. Immigration and Customs
Enforcement and Removal Operations;
Current Warden of the Golden State Annex
ICE Detention Center,

                    Respondents.

No.  1:26-cv-03805-KES-CDB (HC)

ORDER GRANTING PETITION FOR WRIT
OF HABEAS CORPUS AND REQUIRING
IMMEDIATE RELEASE

Doc. 1

          Petitioner Sachin Sachin is an immigration detainee proceeding with a petition for writ of

habeas corpus and motion for temporary restraining order.  Docs. 1, 2.  The Court has previously

addressed the legal issues raised by claim three of the petition.  *See, e.g.*, *Luis Alberto R.C. v.*

1

*Murray*, 817 F. Supp. 3d 917 (E.D. Cal. 2025); *Elmer Joel M. C. v. Wofford*, No. 1:25-CV-01622-KES-CDB (HC), 2025 WL 3501200 (E.D. Cal. Dec. 6, 2025); *W.V.S.M. v. Wofford*, No. 1:25-CV-01489-KES-HBK (HC), 2025 WL 3236521 (E.D. Cal. Nov. 19, 2025); *Bilal A. v. Wofford*, No. 1:25-CV-01715-KES-HBK (HC), 2025 WL 3648366 (E.D. Cal. Dec. 16, 2025); *Marina V.N. v. Robbins*, No. 1:25-CV-01845-KES-SKO (HC), 2025 WL 3701960 (E.D. Cal. Dec. 21, 2025).

The Court set a briefing schedule on the petition and ordered respondents to show cause as to whether there are any factual or legal issues in this case that distinguish it from the Court's prior orders and that would justify denying the petition.  Doc. 7.  Respondents state that "[t]his case is not materially distinguishable from the cases cited in the Court's Minute Order[.]" Doc. 10 at 2.  While respondents oppose the petition, they do not raise any new arguments.  *See id.* at 1–2.

As respondents have not made any new legal arguments and have not identified any factual or legal issues in this case that would distinguish it from the Court's prior decisions in *Luis Alberto R.C. v. Murray*, 817 F. Supp. 3d 917 (E.D. Cal. 2025), *Elmer Joel M. C. v. Wofford*, No. 1:25-CV-01622-KES-CDB (HC), 2025 WL 3501200 (E.D. Cal. Dec. 6, 2025), *Bilal A. v. Wofford*, No. 1:25-CV-01715-KES-HBK (HC), 2025 WL 3648366 (E.D. Cal. Dec. 16, 2025), *W.V.S.M. v. Wofford*, No. 1:25-CV-01489-KES-HBK (HC), 2025 WL 3236521 (E.D. Cal. Nov. 19, 2025), and *Marina V.N. v. Robbins*, No. 1:25-CV-01845-KES-SKO (HC), 2025 WL 3701960 (E.D. Cal. Dec. 21, 2025), the petition for writ of habeas corpus is GRANTED as to claim three, for the reasons addressed in those prior orders.[1]

Respondents are ORDERED to release petitioner Sachin Sachin (A-Number: A-246-617-956) immediately.  Respondents are ENJOINED AND RESTRAINED from re-detaining petitioner unless they demonstrate, by clear and convincing evidence at a pre-deprivation bond hearing before a neutral decisionmaker, that petitioner is a flight risk or danger to the community such that his physical custody is legally justified.

---

[1] The Court need not address petitioner's other claims as petitioner is entitled to the relief he seeks based on the Court's ruling on claim three.

The Clerk of Court is directed to close this case and enter judgment for petitioner.  The Clerk is directed to serve Golden State Annex with a copy of this Order.

IT IS SO ORDERED.

Dated:    May 21, 2026

_____
UNITED STATES DISTRICT JUDGE

3